

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-24-00331-CV |
| AJM-W, | § | Appeal from the |
| A CHILD. | § | County Court at Law No.5 |
| | § | of El Paso County, Texas |
| | § | (TC# 2024DCM1391) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On September 9, 2024, Appellant Jonathan McKay-Williams, appearing pro se, filed a notice of appeal in the trial court. The next day, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter notified Appellant that this appeal would be subject to dismissal after 20 days unless Appellant paid the filing or demonstrated that he was excused from doing so. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, has not paid the filing fee or otherwise shown an excuse from payment.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(c).


LISA J. SOTO, Justice

October 9, 2024

Before Alley, C.J., Palafox and Soto, JJ.